IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2026 FEB 10 P 3: 20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26cr52-BL-JTA |
| | ) | [18 U.S.C. § 922(o)] |
| I'KEEM J~~AXXXN~~ SUGGS | ) | |
| JA'KIS | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
### (Unlawful Possession of a Machinegun)

On or about November 5, 2025, in Montgomery, Alabama, within the Middle District of

Alabama, the defendant,

### I'KEEM J~~AXXXN~~ SUGGS,
### JA'KIS

knowingly possessed a machinegun, to wit: an Anderson Manufacturing model AM-15 .300

Blackout caliber firearm, converted to fully automatic, in violation of Title 18, United States Code,

Section 922(o).

## FORFEITURE ALLEGATION

A.    The allegations contained in Count 1 of this Indictment are hereby realleged and

incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States

Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.    Upon conviction of the offenses in violation of Title 18, United States Code,

Section 922(o) set forth in Count 1 of this Indictment, the defendant,

### I'KEEM J~~AXXXN~~ SUGGS,
### JA'KIS

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by

Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the

offenses in violation of Title 18, United States Code, Section 922(o). The property includes but is not limited to an Anderson Manufacturing model AM-15 .300 Blackout caliber firearm, converted to fully automatic.

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

A TRUE BILL;

Foreperson

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

Megan A. Kirkpatrick
Assistant United States Attorney

Russell T. Duraski
Assistant United States Attorney