IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-00052-BL |
| | ) | |
| I'KEEM JA'KIS SUGGS | ) | |

## GOVERNMENT'S MOTION FOR A
## PRELIMINARY ORDER OF FORFEITURE

The government requests this Court enter the attached Preliminary Order of Forfeiture and make entry of said order part of its oral pronouncement of sentence. The government further requests that entry of this order be noted on the written Judgment in a Criminal Case.

The defendant consents to the forfeiture. (Doc. 24, pp. 6-8, ¶¶ 22-28).

Respectfully submitted this 23rd day of April, 2026.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY


/s/Russell T. Duraski
RUSSELL T. DURASKI
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Russell.Duraski@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
     v.     )     CASE NO. 2:26-cr-00052-BL
     )
I'KEEM JA'KIS SUGGS     )

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to all counsel of

record.

Respectfully submitted,


/s/Russell T. Duraski
RUSSELL T. DURASKI
Assistant United States Attorney